UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| | CASE NO. 2: 25-PO-011 |
| v. | |
| | MAGISTRATE JUDGE JOLSON |
| MAHAMED KAMARA, | |
| Defendant. | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case is **DISMISSED**.

                                                s/ Kimberly A. Jolson
                                                **KIMBERLY A. JOLSON**
                                                **United States Magistrate Judge**

2/21/2025